UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN - 6 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) 4:21CR0010 RLW/SPM |
| EBONY SILINZY, | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about May 13, 2020 within the Eastern District of Missouri,

**EBONY SILINZY,**

the Defendant herein, in connection with the acquisition of two firearms, to wit: a Springfield manufacture, model XDS9, 9mm semi-automatic pistol, bearing serial number HG927781 and a Springfield manufacture, model XD9, 9mm semi-automatic pistol, bearing serial number GM714291, from Sam Light Loan Company, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sam Light Loan Company, which statement was intended and likely to deceive Sam Light Loan Company as to a fact material to the lawfulness of such sale of the said firearms to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney